

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00270-CR

Cody J. **ENGEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10556
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED October 29, 2014.

_____
Karen Angelini, Justice